NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO HIGGANS,            )
                                        )
        Appellant,      )
                                          )
v.                          )      Case No. 2D19-1114
                                          )
STATE OF FLORIDA,     )
                                          )
        Appellee.      )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Nick Nazaretian,
Judge.

PER CURIAM.

      Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.